HENNIGAN, BENNETT & DORMAN LLP
RODERICK G. DORMAN (SBN 96908)
dormanr@hbdlawyers.com
LAWRENCE M. HADLEY (SBN 157728)
hadleyl@hbdlawyers.com
MIEKE K. MALMBERG (SBN 209992)
malmbergm@hbdlawyers.com
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Fax: (213) 694-1234

Attorneys for Plaintiff
JOLTID LIMITED

ORIGINAL FILED
2009 SEP 16 A 11: 16
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOLTID LIMITED, <br><br> Plaintiff, <br><br> vs. <br><br> SKYPE TECHNOLOGIES S.A.; SKYPE INC., eBAY INC.; SILVER LAKE PARTNERS; INDEX VENTURES MANAGEMENT, S.A.; MICHAELANGELO ("MIKE") VOLPI; ANDREESSEN HOROWITZ LLC; CANADA PENSION PLAN INVESTMENT BOARD; DOES 1-10, <br><br> Defendants. | Case No. CV 09-4299 SC <br><br> **PLAINTIFF JOLTID LIMITED'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-16 AND FED. R. CIV. P. 7.1** |

-1-

Case No.
758125

Certificate of Interested Entities or Persons

FAXED

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Pursuant to Fed R. Civ. P. 7.1, Plaintiff Joltid Limited makes the following disclosures:

1. Joltid Limited does not have any parent corporations.
2. There are no publicly held corporations owning 10% or more of Joltid Limited's stock.

DATED: September 16, 2009

HENNIGAN, BENNETT & DORMAN LLP

By: _____
Roderick G. Dorman
Lawrence M. Hadley

Attorneys for Plaintiff
JOLTID LIMITED

-2-

Case No.
758125

Certificate of Interested Entities or Persons