AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of California      E-filing

JOLTID LIMITED

V.

SKYPE TECHNOLOGIES S.A.; SKYPE INC.; EBAY INC.; SILVER LAKE PARTNERS; INDEX VENTURES MANAGEMENT, S.A.; MICHAELANGELO ("MIKE") VOLPI; ANDREESSEN HOROWITZ LLC; CANADA PENSION PLAN INVESTMENT BOARD; DOES 1-10

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

SC

CV 09    4299

TO: (Name and address of Defendant)
SKYPE TECHNOLOGIES S.A.
22/24 Boulevard Royal, 6e etage, L-2449
Luxembourg


eBAY INC. and SKYPE INC.
c/o National Registered Agents, Inc. (Agent for Service of Process)
2875 Michelle Dr., Ste. 100
Irvine, CA 92606


SILVER LAKE PARTNERS
2775 Sand Hill Road, Suite 100
Menlo Park, CA 94025

American LegalNet, Inc.
www.FormsWorkflow.com

INDEX VENTURES MANAGEMENT, S.A.
52 53 Conduit St.
London
United Kingdom W1S 2YX


MICHAELANGELO ("MIKE") VOLPI
52 53 Conduit St.
London
United Kingdom W1S 2YX


ANDREESSEN HOROWITZ LLC
Kenneth G. Hausman (Agent for Service of Process)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111


CANADA PENSION PLAN INVESTMENT BOARD
One Queen St., East, Suite 2600, P.O. Box 101
Toronto, Ontario M5C 2W5
Canada


**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Roderick G. Dorman/Lawrence M. Hadley/Mieke K. Malmberg
HENNIGAN BENNETT & DORMAN LLP
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017
Tel: 213-694-1200  Fax: 213-694-1234


an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 8/01) Summons in a Civil Action

| | |
|---|---|
| **RICHARD W. WIEKING** | **SEP 1 6 2009** |
| CLERK       Helen L. Almacen | DATE |
| (By) DEPUTY CLERK | |

American LegalNet, Inc.
www.FormsWorkflow.com