☐ DOCUMENTS UNDER SEAL

# MAGISTRATE JUDGE MINUTE ORDER

| MAGISTRATE JUDGE | DEPUTY CLERK | REPORTER/TAPE NO. | | |
|---|---|---|---|---|
| WAYNE D. BRAZIL | Ivy L. Garcia | FTR 4/4/05 10:05:48-10:21:35 | | |
| | DATE | | NEW CASE | CASE NUMBER |
| | April 4, 2005 | | ☐ | 05-70226-WDB |

## APPEARANCES

| DEFENDANT | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | ☒ PD. |
|---|---|---|---|---|---|
| DORIS DOSSMAN | | Yes | P | Rebecca Silbert | ☐ APPT. ☐ RET. |
| U.S. ATTORNEY | INTERPRETER | | | FIN. AFFIDAVIT SUBMITTED ☐ | |
| Kirstin Ault | None | | | DEFENDANT ELIGIBLE FOR APPOINTED COUNSEL ☐ | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER | | | COUNSEL APPOINTED ☐ | |
| None | Silvio Lugo | | | PARTIAL PAYMENT OF CJA FEES ORDERED ☐ | |

## PROCEEDINGS SCHEDULED TO OCCUR - (IF NOT HELD *)

| ☒ INITIAL APPEARANCE ON A RULE 5 HELD — 16 Mins | ☐ PRELIMINARY HEARING | ☐ MOTION | ☐ JUDGMENT & SENTENCING | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ OR ARRAIGNMENT | ☐ BOND POSTING/ SIGNING | ☐ IA ON PETITION TO REVOKE PROB. | ☐ TRIAL |
| ☐ DETENTION HEARING | ☐ REMOVAL HEARING | ☐ CHANGE OF PLEA | ☐ PROB. REVOC. OR SUPV. REL. HRG. | ☐ OTHER |

**FILED APR 4 2005 RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA OAKLAND**

## INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS 4/4/05 | ☒ ADVISED OF CHARGES 4/4/05 | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

## ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE STATED | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

## RELEASE

| ☐ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND ➡ | AMOUNT OF SECURITY $50,000 PR Unsecured | AMOUNT RECEIVED $ | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

PROPERTY POSTED/TO BE POSTED — REAL PROPERTY:
☐ CASH $ ☐ CORPORATE SECURITY ☐

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT ORDERED | ☐ DETAINED | ☒ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF — OTHER:

## PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | ☐ OTHER: |

## CONTINUANCE

| TO: 4/14/05 | ☒ APPOINT COUNSEL | ☐ BOND POSTING/ SIGNING | ☐ STATUS RE: CONSENT | ☐ JURY TRIAL |
|---|---|---|---|---|
| AT: 10:00 a.m. | ☒ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ PLEA | ☐ BOND HEARING |
| BEFORE HON. WAYNE D. BRAZIL | ☐ DETENTION HEARING | | ☐ TO HEAR MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | | ☒ STATUS RE: IDENTITY/REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROBATION REV. HEARING |
| ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ TRIAL SETTING | ☐ COURT TRIAL | ☐ STATUS |

## ADDITIONAL PROCEEDINGS

The Court provisionally appointed AFPD R. Silbert as atty. of record for the deft. The Court said that if the deft's case is going to be in this jurisdiction for a short/limited time only, then the Court is not going to require the deft. to submit a financial affidavit form. AFPD R. Silbert is going to provide the deft. with a financial affidavit form and assist her in filling it out if necessary.

cc: WDB's Stats