MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
MICHAEL MALETIC (Bar No. 237997)
mike.maletic@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

R. BRUCE RICH (*pro hac vice pending*)
bruce.rich@weil.com
JONATHAN BLOOM (*pro hac vice pending*)
jonathan.bloom@weil.com
MARK J. FIORE (*pro hac vice pending*)
mark.fiore@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Defendant eBay Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOLTID LIMITED,<br><br>             Plaintiff,<br><br>vs.<br><br>SKYPE TECHNOLOGIES S.A.; SKYPE INC., EBAY INC.; SILVERLAKE PARTNERS; INDEX VENTURES MANAGEMENT, S.A.; MICHAELANGELO ("MIKE") VOLPI; ANDREESSEN HOROWITZ LLC; CANADA PENSION PLAN INVESTMENT BOARD; DOES 1-10,<br><br>             Defendants. | CASE NO. CV 09-4299 SC<br><br>**NOTICE OF APPEARANCE** |

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE that Weil, Gotshal & Manges LLP hereby appears as counsel of record for Defendant eBay Inc. in the above-captioned action and that copies of all papers and pleadings are to be served upon the undersigned at the address listed below. |
| 2 | |
| 3 | |
| 4 | |
| 5 | Dated: October 9, 2009 |
| 6 | |
| 7 | Respectfully submitted, |
| 8 | WEIL, GOTSHAL & MANGES LLP |
| 9 | By: /s/ Matthew D. Powers |
| 10 | MATTHEW D. POWERS (Bar No. 104795) |
| 11 | MICHAEL MALETIC (Bar No. 237997)<br>Silicon Valley Office<br>201 Redwood Shores Parkway |
| 12 | Redwood Shores, California  94065-1175<br>Telephone: (650) 802-3000 |
| 13 | Facsimile:  (650) 802-3100 |
| 14 | R. BRUCE RICH (*pro hac vice pending*) |
| 15 | JONATHAN BLOOM (*pro hac vice pending*)<br>MARK J. FIORE (*pro hac vice pending*)<br>767 Fifth Avenue |
| 16 | New York, New York 10153-0119<br>Telephone:  (212) 310-8000 |
| 17 | Facsimile:  (212) 310-8007 |
| 18 | Attorneys for Defendant eBay Inc. |