MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
MICHAEL MALETIC (Bar No. 237997)
mike.maletic@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

R. BRUCE RICH (*pro hac vice pending*)
bruce.rich@weil.com
JONATHAN BLOOM (*pro hac vice pending*)
jonathan.bloom@weil.com
MARK J. FIORE (*pro hac vice pending*)
mark.fiore@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Defendant eBay Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOLTID LIMITED,<br><br>    Plaintiff,<br><br>vs.<br><br>SKYPE TECHNOLOGIES S.A.; SKYPE INC., EBAY INC.; SILVERLAKE PARTNERS; INDEX VENTURES MANAGEMENT, S.A.; MICHAELANGELO ("MIKE") VOLPI; ANDREESSEN HOROWITZ LLC; CANADA PENSION PLAN INVESTMENT BOARD; DOES 1-10,<br><br>    Defendants. | CASE NO. CV 09-4299 SC<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (PURSUANT TO FRCP 7.1 AND L.R. 3-16)** |

1     Pursuant to Federal Rule of Civil Procedure 7.1, Defendant eBay Inc. ("eBay") hereby states that eBay does not have a parent corporation and that no publicly held corporation owns ten percent or more of eBay's stock.

    Pursuant to Local Rule 3-16, the undersigned certifies that, other than the named plaintiff and its shareholders, there are no interested entities or persons to report.

Dated: October 9, 2009

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP

By: /s/ Matthew D. Powers

MATTHEW D. POWERS (Bar No. 104795)
MICHAEL MALETIC (Bar No. 237997)
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

R. BRUCE RICH (*pro hac vice pending*)
JONATHAN BLOOM (*pro hac vice pending*)
MARK J. FIORE (*pro hac vice pending*)
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Defendant eBay Inc.