## LAW OFFICES
## JOHN L. BURRIS
www.johnburrislaw.com

John L. Burris
Ben Nisenbaum

John.Burris@JohnBurrisLaw.com
Ben.Nisenbaum@JohnBurrisLaw.com

**FILED**
APR 5 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

April 1, 2005

Ms. Clara Pierce
Docket Clerk
Honorable Claudia Wilken
United States District Court
1301 Clay Street
Oakland, CA 94612

Re: Lewis, et al. vs. City of Hayward, et al.
    USDC C-03-05360 CW

Dear Ms. Pierce:

On March 23, 2005, we filed a motion to compel discovery and to the extend the discovery cutoff date in the matter of Lewis vs. City of Hayward.

After further discussions with the defendants' attorney we have found that the motion hearing is not necessary and have decided to withdraw the motion. Please remove the motion from the Court's calendar.

Sincerely,

LAW OFFICE OF JOHN L. BURRIS

Ben Nisenbaum, Esq.
BN:adb

Cc: Randy Hom

AIRPORT CORPORATE CENTRE • 7677 OAKPORT STREET, SUITE 1120 • OAKLAND, CA 94621 • TEL (510) 839-5200 • FAX (510) 839-3882