AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of Californiaq

JOLTID LIMITED

V.

SKYPE TECHNOLOGIES S.A.; SKYPE INC., eBAY INC.; SILVER LAKE PARTNERS, L.P.; SILVER LAKE PARTNERS II, L.P.; SILVER LAKE PARTNERS III, L.P.; SILVER LAKE PARTNERS MANAGEMENT COMPANY, L.L.C.; SILVER LAKE MANAGEMENT COMPANY III, L.L.C.; INDEX VENTURES MANAGEMENT, S.A.; MICHAELANGELO ("MIKE") VOLPI; ANDREESSEN HOROWITZ LLC; CANADA PENSION PLAN INVESTMENT BOARD; DOES 1-10

**FIRST AMENDED SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:09-CV-04299-SC

TO: (Name and address of Defendant)
SKYPE TECHNOLOGIES S.A.
22/24 Boulevard Royal, 6e etage, L-2449
Luxembourg

eBAY INC. and SKYPE INC.
c/o National Registered Agents, Inc. (Agent for Service of Process)
2875 Michelle Dr., Ste. 100
Irvine, CA 92606

SILVER LAKE PARTNERS II, L.P.
AS-CSC- Lawyer's Incorporating Service (Agent for Service of Process)
2730 Gateway Oaks Dr., Ste. 100
Sacramento, CA 95833

SILVER LAKE PARTNERS III, L.P.
AS-CSC- Lawyer's Incorporating Service (Agent for Service of Process)
2730 Gateway Oaks Dr., Ste. 100
Sacramento, CA 95833

SILVER LAKE PARTNERS MANAGEMENT COMPANY, L.L.C.
AS-CSC- Lawyer's Incorporating Service (Agent for Service of Process)
2730 Gateway Oaks Dr., Ste. 100
Sacramento, CA 95833

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 8/01) Summons in a Civil Action

---

SILVER LAKE MANAGEMENT COMPANY III, L.L.C.
AS-CSC- Lawyer's Incorporating Service  (Agent for Service of Process)
2730 Gateway Oaks Dr., Ste. 100
Sacramento, CA 95833

INDEX VENTURES MANAGEMENT, S.A.
52 53 Conduit St.
London
United Kingdon W1S 2YX

MICHAELANGELO ("MIKE") VOLPI
52 53 Conduit St.
London
United Kingdon W1S 2YX

ANDREESSEN HOROWITZ LLC
Kenneth G. Hausman (Agent for Service of Process)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111

CANADA PENSION PLAN INVESTMENT BOARD
One Queen St., East, Suite 2600, P.O. Box 101
Toronto, Ontario M5C 2W5
Canada

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Roderick G. Dorman
Lawrence M. Hadley
Mieke K. Malmberg
HENNIGAN BENNETT & DORMAN LLP
865 S. Figueroa Street, Suite 2900
Los Angeles, CA  90017
Tel: 213-694-1200   Fax: 213-694-1234

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**RICHARD W. WIEKING**                                10/7/09

CLERK                                                  DATE

(By) DEPUTY CLERK

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
　　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL 0.00 |

**DECLARATION OF SERVER**

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____　　_____
　　　　　　　　　　Date　　　　　　　　　　　　　*Signature of Server*

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

American LegalNet, Inc.
www.FormsWorkflow.com