**Paul E. Rice/Bar No. 062509**
**Paul E. Rice, A Professional Corporation**
122 Sherman Avenue
Palo Alto, CA 94306
Telephone: (650) 289-9088
Facsimile: (650) 289-9093
Email: price@civlit.com

**Robert Charles Hill/Bar No. 042862**
821 Russ Building
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 421-2080
Facsimile: (415) 781-2440
Email: bobsushill@cs.com

Attorneys for Plaintiff Michael Calleja and
Proposed Plaintiff Safety Systems, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SAFETY SYSTEMS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**SKANSKA U.S.A. BUILDING, INC.,** and<br><br>**SINCO, INC., d/b/a Sinco/SALA**,<br><br>Defendants. | Case No.: C-05-00041 SBA<br><br>**DECLARATION OF PAUL E. RICE IN SUPPORT OF MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Date: June 7, 2005<br>Time: 1:00 p.m.<br>Ctrm: 3, 3rd floor<br>Judge: Hon. Saundra Brown Armstrong |

I, Paul E. Rice, declare and state:

1. I am an attorney at law, duly licensed to practice before all courts of the State of California and this Court, and am the principal of Paul E. Rice, A Professional Corporation, attorneys for Plaintiff herein. I have personal knowledge of all facts set forth in this Declaration, and I am competent to so testify if called upon as a witness.

1

DECLARATION OF PAUL E. RICE IN SUPPORT OF MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

2. I have had several conversations with counsel for the named Defendants in this action about possible prompt resolution of this matter.

3. Attached hereto as Exhibit 1 is a true and correct copy of my letter to the Court of April 8, 2005, explaining Plaintiff's attempts to settle this matter without having to formally serve Defendants.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and this Declaration is executed on April 22, 2005, in Palo Alto, California.

                                                _____/s/_____

                                                                       Paul E. Rice

PAUL E. RICE
Paul E. Rice, A Professional Corporation
122 Sherman Avenue
Palo Alto, CA 94306
650/289-9088

DECLARATION OF PAUL E. RICE IN SUPPORT OF MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT