| | |
|---|---|
| 1 | DARIN W. SNYDER (S.B. #136003) dsnyder@omm.com |
|   | O'MELVENY & MYERS LLP |
| 2 | Two Embarcadero Center, 28th Floor |
|   | San Francisco, CA  94111-3823 |
| 3 | Telephone:    (415) 984-8700 |
|   | Facsimile:      (415) 984-8701 |
| 4 | |
|   | Attorneys for Defendant |
| 5 | Canada Pension Plan Investment Board |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOLTID LIMITED, | Case No.  09-cv-4299 (SC) |
| Plaintiff, | **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS (PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3-16)** |
| v. | |
| SKYPE TECHNOLOGIES S.A.; SKYPE INC.; eBAY INC.; SILVER LAKE PARTNERS, L.P.; SILVER LAKE PARTNERS II, L.P.; SILVER LAKE PARTNERS III, L.P.; SILVER LAKE PARTNERS MANAGEMENT COMPANY, L.L.C.; SILVER LAKE MANAGEMENT COMPANY III, L.L.C.; INDEX VENTURE MANAGEMENT, S.A.; MICHELANGELO ("MIKE") VOLPI; ANDREESSEN HOROWITZ LLC; CANADA PENSION PLAN INVESTMENT BOARD; DOES 1-10, | |
| Defendants. | |

CERTIFICATE OF INTERESTED ENTITIES
OR PERSONS PER FRCP 7.1 AND LR 3-16
CASE NO. 09-CV-4299 (SC)

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Canada Pension Plan Investment Board ("CPPIB") states that it does not have a parent corporation and that no publicly held corporation owns 10% or more of CPPIB's stock.  The CPPIB is a professional investment management organization that was created by the Canada Pension Plan Investment Board Act, and CPPIB's stock is held by the federal government of Canada.

Pursuant to Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties and the contributors and beneficiaries of the Canada Pension Plan, there is no other interest to report.

Dated: October 23, 2009

Respectfully submitted,

DARIN W. SNYDER
O'MELVENY & MYERS LLP


By:  */s/ Darin W. Snyder*
      Darin W. Snyder

Attorneys for Defendant
Canada Pension Plan Investment Board

SF1:778925.1

- 2 -

CERTIFICATE OF INTERESTED ENTITIES
OR PERSONS PER FRCP 7.1 AND LR 3-16
CASE NO. 09-CV-4299 (SC)