| | |
|---|---|
| 1 | MCDERMOTT WILL & EMERY LLP |
| | WILLIAM G. GAEDE, III (136184) |
| 2 | wgaede@mwe.com |
| | ANDREW A. KUMAMOTO (178541) |
| 3 | akumamoto@mwe.com |
| | 3150 Porter Drive |
| 4 | Palo Alto, CA 94304-1212 |
| | Telephone: (650) 813-5000 |
| 5 | Facsimile: (650) 813-5100 |
| 6 | *Attorneys for Tercica, Inc.* |
| 7 | HELLER EHRMAN WHITE & MCAULIFFE LLP |
| | M. PATRICIA THAYER (90818) |
| 8 | pthayer@hewm.com |
| | ETHAN C. GLASS (216159) |
| 9 | eglass@hewm.com |
| | 333 Bush Street |
| 10 | San Francisco, CA 94104-2878 |
| | Telephone: (415) 772-6000 |
| 11 | Facsimile: (415) 772-6268 |
| 12 | *Attorneys for Genentech, Inc* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENENTECH, INC., a Delaware Corporation, TERCICA, INC., a Delaware Corporation, <br><br> Plaintiffs, <br><br> v. <br><br> INSMED INCORPORATED, a Virginia Corporation, CELTRIX PHARMACEUTICALS, INC., a Delaware corporation, <br><br> Defendants. | No. 04-CV-05429-CW <br><br> ***EXHIBITS*** <br><br> **SECOND AMENDED COMPLAINT FOR PATENT INFRINGEMENT AND FOR DECLARATORY JUDGMENT OF PATENT INFRINGEMENT; DEMAND FOR JURY TRIAL** |

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

MPK 90134-1.073241.0011

**SECOND AMENDED COMPLAINT FOR PATENT INFRINGEMENT AND DECLARATORY JUDGMENT**
**CASE NO. 04-CV-05429 CW**