Diana M. Torres (S.B.N. 162284)
diana.torres@kirkland.com
KIRKLAND & ELLIS LLP
777 South Figueroa Street, Suite 3700
Los Angeles, California  90017
Telephone:  213-680-8400
Facsimile:   213-680-8500

Attorneys for Defendant
ANDREESSEN HOROWITZ LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JOLTID LIMITED,<br><br>   Plaintiff,<br><br>vs.<br><br>SKYPE TECHNOLOGIES S.A.; SKYPE INC.; eBAY INC.; SILVER LAKE PARTNERS, L.P.; SILVER LAKE PARTNERS II, L.P.; SILVER LAKE PARTNERS III, L.P.; SILVER LAKE  PARTNERS MANAGEMENT COMPANY, L.L.C.; SILVER LAKE MANAGEMENT COMPANY III, L.L.C.; INDEX VENTURE MANAGEMENT, S.A.; MICHELANGELO ("MIKE") VOLPI; ANDREESSEN HOROWITZ LLC; CANADA PENSION PLAN INVESTMENT BOARD; DOES 1-10,<br><br>   Defendants. | Case No.: CV 3:09-4299 SC<br><br>DEFENDANT ANDREESSEN HOROWITZ LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-16 AND FED. R. CIV. P. 7.1 |

LOCAL RULE 3-16 CERTIFICATION OF INTERESTED PARTIES
CASE NO. CV -3:09-4299 SC

Dockets.Justia.com

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    1.    Marc Andreessen, Member, Andreessen Horowitz LLC, a defendant in this action.

    2.    Benjamin Horowitz, Member, Andreessen Horowitz LLC, a defendant in this action.

    3.    Scott Kupor, Chief Operating Officer, Andreessen Horowitz LLC, a defendant in this action.

DATED: October 26, 2009        KIRKLAND & ELLIS LLP

By: _____
Diana M. Torres

Attorneys for Defendant
ANDREESSEN HOROWITZ LLC