Mark D. Selwyn (SBN: 244180)
WILMER CUTLER PICKERING HALE AND DORR LLP
1117 S. California Avenue
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
Email: mark.selwyn@wilmerhale.com

*Attorney for Defendants Silver Lake Partners, L.P.,*
*Silver Lake Partners II, L.P.,*
*Silver Lake Partners III, L.P.,*
*Silver Lake Partners Management Company, L.L.C., and*
*Silver Lake Management Company III, L.L.C.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOLTID LIMITED, <br><br> Plaintiff, <br><br> vs. <br><br> SKYPE TECHNOLOGIES S.A.; SKYPE INC.; eBAY INC.; SILVER LAKE PARTNERS, L.P.; SILVER LAKE PARTNERS II, L.P.; SILVER LAKE PARTNERS III, L.P.; SILVER LAKE PARTNERS MANAGEMENT COMPANY, L.L.C.; SILVER LAKE MANAGEMENT COMPANY III, L.L.C.; INDEX VENTURE MANAGEMENT, S.A.; MICHELANGELO ("MIKE") VOLPI; ANDREESSEN HOROWITZ LLC; CANADA PENSION PLAN INVESTMENT BOARD; DOES 1-10, <br><br> Defendants. | Case No. 09-cv-04299 (SC) <br><br> **DEFENDANTS SILVER LAKE PARTNERS, L.P., SILVER LAKE PARTNERS II, L.P., SILVER LAKE PARTNERS III, L.P., SILVER LAKE PARTNERS MANAGEMENT COMPANY, L.L.C., AND SILVER LAKE PARTNERS MANAGEMENT COMPANY III, L.L.C.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-16** |

Defendants Silver Lake Partners, L.P., Silver Lake Partners II, L.P., Silver Lake Partners III, L.P., Silver Lake Partners Management Company, L.L.C., and Silver Lake Management Company III, L.L.C. make the following disclosure of interested entities or persons pursuant to Civil Local Rule 3-16:

- With respect to Silver Lake Partners, L.P., its general partner is Silver Lake Technology Associates, L.L.C. ("SLTA"). The managing member of SLTA is Silver Lake Group,

L.L.C. ("SLG").  The managing members of SLG are Jim Davidson, Glenn Hutchins and Dave Roux.  The California Public Employees' Retirement System ("CalPERS") is a non-managing member of SLG.  The limited partners of Silver Lake Partners, L.P. are members of a common investment fund, and therefore disclosure is not required pursuant to 28 U.S.C. § 455.

- With respect to Silver Lake Partners II, L.P., its general partner is Silver Lake Technology Associates II, L.L.C. ("SLTA II").  The managing member of SLTA II is SLG.  Jim Davidson, Glenn Hutchins and Dave Roux are managing members, and CalPERS is a non-managing member, of SLG.  The limited partners of Silver Lake Partners II, L.P. are members of a common investment fund, and therefore disclosure is not required pursuant to 28 U.S.C. § 455.

- With respect to Silver Lake Partners III, L.P, its general partner is Silver Lake Technology Associates III, L.P. ("SLTA III").  The general partner of SLTA III is SLTA III (GP), L.L.C. (the "Upper GP").  The managing member of the Upper GP is SLG.  Jim Davidson, Glenn Hutchins and Dave Roux are managing members, and CalPERS is a non-managing member, of SLG.  The limited partners of Silver Lake Partners III, L.P. are members of a common investment fund, and therefore disclosure is not required pursuant to 28 U.S.C. § 455.

- With respect to Silver Lake Partners Management Company, L.L.C., its managing member is Silver Lake Technology Management, L.L.C. ("SLTM").  Jim Davidson, Glenn Hutchins and Dave Roux are managing members, and CalPERS is a non-managing member, of SLTM.

- With respect to Silver Lake Management Company III, L.L.C., its managing member is SLTM.  Jim Davidson, Glenn Hutchins and Dave Roux are managing members, and CalPERS is a non-managing member, of SLTM.

US1DOCS 7339966v1

| | | |
|---|---|---|
| 1 | Dated: October 27, 2009 | Respectfully submitted, |
| 2 | | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 3 | | |
| 4 | | By:  */s/ Mark D. Selwyn*  <br>Mark D. Selwyn (SBN: 244180) |
| 5 | | 1117 S. California Avenue<br>Palo Alto, California 94304 |
| 6 | | Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br>mark.selwyn@wilmerhale.com |

-3-    Case No. 09-cv-4299 (SC)
Certification of Interested Entities or Persons

US1DOCS 7339966v1