**HENNIGAN, BENNETT & DORMAN LLP**
**RODERICK G. DORMAN (SBN 96908)**
dormanr@hbdlawyers.com
**LAWRENCE M. HADLEY (SBN 157728)**
hadleyl@hbdlawyers.com
**MIEKE K. MALMBERG (SBN 209992)**
malmbergm@hbdlawyers.com
**865 South Figueroa Street, Suite 2900**
**Los Angeles, California 90017**
**Telephone: (213) 694-1200**
**Fax: (213) 694-1234**

Attorneys for Plaintiff
JOLTID LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOLTID LIMITED, | Case No. 3:09-CV-04299-SC |
| Plaintiff, | Judge: Honorable Samuel Conti |
| vs. | Crtrm: Courtroom 1, 17th Floor |
| SKYPE TECHNOLOGIES S.A.; SKYPE INC., eBAY INC.; SILVER LAKE PARTNERS, L.P.; SILVER LAKE PARTNERS II, L.P.; SILVER LAKE PARTNERS III, L.P.; SILVER LAKE PARTNERS MANAGEMENT COMPANY, L.L.C.; SILVER LAKE MANAGEMENT COMPANY III, L.L.C.; INDEX VENTURES MANAGEMENT, S.A.; MICHAELANGELO ("MIKE") VOLPI; ANDREESSEN HOROWITZ LLC; CANADA PENSION PLAN INVESTMENT BOARD; DOES 1-10, | **FIRST AMENDED SUMMONS AND ORIGINAL PROOFS OF SERVICE** |
| Defendants. | |

◆ AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## Northern District of California

JOLTID LIMITED

V.

SKYPE TECHNOLOGIES S.A.; SKYPE INC., eBAY INC.; SILVER LAKE PARTNERS, L.P.; SILVER LAKE PARTNERS II, L.P.; SILVER LAKE PARTNERS III, L.P.; SILVER LAKE  PARTNERS MANAGEMENT COMPANY, L.L.C.; SILVER LAKE MANAGEMENT COMPANY III, L.L.C.; INDEX VENTURES MANAGEMENT, S.A.; MICHAELANGELO ("MIKE") VOLPI; ANDREESSEN HOROWITZ LLC; CANADA PENSION PLAN INVESTMENT BOARD; DOES 1-10

**FIRST AMENDED
SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:09-CV-04299-SC

TO: (Name and address of Defendant)

SKYPE TECHNOLOGIES S.A.
22/24 Boulevard Royal, 6e etage, L-2449
Luxembourg

eBAY INC.
c/o National Registered Agents, Inc. (Agent for Service of Process)
2875 Michelle Dr., Ste. 100
Irvine, CA 92606

SKYPE INC.
c/o National Registered Agents, Inc. (Agent for Service of Process)
2875 Michelle Dr., Ste. 100
Irvine, CA 92606

SILVER LAKE PARTNERS, L.P.
AS-CSC- Lawyer's Incorporating Service  (Agent for Service of Process)
2730 Gateway Oaks Dr., Ste. 100
Sacramento, CA 95833

SILVER LAKE PARTNERS II, L.P.
CT Corporation System (Agent for Service of Process)
818 W. 7th Street, Ste. 200
Los Angeles, CA 90017




AO 440 (Rev. 8/01) Summons in a Civil Action

SILVER LAKE PARTNERS III, L.P.
CT Corporation System (Agent for Service of Process)
818 W. 7th Street, Ste. 200
Los Angeles, CA 90017

SILVER LAKE PARTNERS MANAGEMENT COMPANY, L.L.C.
CT Corporation System (Agent for Service of Process)
818 W. 7th Street, Ste. 200
Los Angeles, CA 90017

SILVER LAKE MANAGEMENT COMPANY III, L.L.C.
CT Corporation System (Agent for Service of Process)
818 W. 7th Street, Ste. 200
Los Angeles, CA 90017

INDEX VENTURES MANAGEMENT, S.A.
52 53 Conduit St.
London
United Kingdon W1S 2YX

MICHAELANGELO ("MIKE") VOLPI
52 53 Conduit St.
London
United Kingdon W1S 2YX

ANDREESSEN HOROWITZ LLC
Kenneth G. Hausman (Agent for Service of Process)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111

CANADA PENSION PLAN INVESTMENT BOARD
One Queen St., East, Suite 2600, P.O. Box 101
Toronto, Ontario M5C 2W5
Canada

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Roderick G. Dorman
Lawrence M. Hadley
Mieke K. Malmberg
HENNIGAN BENNETT & DORMAN LLP
865 S. Figueroa Street, Suite 2900
Los Angeles, CA  90017
Tel: 213-694-1200    Fax: 213-694-1234

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 8/01) Summons in a Civil Action                               CN-09-4299 SC

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**RICHARD W. WIEKING**                                        10/6/09
CLERK                                                         DATE
_____
(By) DEPUTY CLERK
Felicia Reloba

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440  (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                            *Signature of Server*

                                         _____
                                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

American LegalNet, Inc.
www.FormsWorkflow.com

| LAWRENCE M. HADLEY, ESQ.<br>HENNIGAN BENNETT & DORMAN LLP<br>865 S. FIGUEROA STREET SUITE 2900<br>LOS ANGELES, CA 90017<br>TELEPHONE NO.: (213) 694-1200  FAX NO. (Optional): (213) 694-1234<br>E-MAIL ADDRESS (Optional): | SBN: 157728 | FOR COURT USE ONLY |
|---|---|---|

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF (name each): **JOLTID LIMITED**

DEFENDANT (name each): **SKYPE TECHNOLOGIES S.A., ET AL.**

CASE NUMBER: 3:09-CV-04299-SC

| **PROOF OF SERVICE** | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.:<br>SKYPE |
|---|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND **I SERVED COPIES** OF THE:

FIRST AMENDED SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; CIVIL COVER SHEET; PLAINTIFF JOLTID LIMITED'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R.3-16 AND FED. R. CIV.P.7.1; REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS; WAIVER OF THE SERVICE OF SUMMONS; U.S. DISTRICT COURT NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO; UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION

PARTY SERVED: CANADA PENSION PLAN INVESTMENT BOARD
SERVED UNDER F.R.C.P. RULE 4

PERSON SERVED: JOAN TRIPP - AUTHORIZED TO ACCEPT SERVICE

DATE & TIME OF DELIVERY: October 20, 2009
03:10 pm

ADDRESS, CITY, AND STATE: ONE QUEEN STREET, EAST, SUITE 2600
TORONTO, ON M5C 2W5
(BUSINESS)

MANNER OF SERVICE:
Personal Service - By Personally delivering copies.

Fee for Service:
County:
Registration No.:
**FIRST LEGAL INVESTIGATIONS
2112 N. MAIN STREET, SUITE 260
SANTA ANA, CA 92706
(714) 550-1375**
First Legal Investigations Licenses: CA PI: 24171, AZ PI: 1551710, NV PI-PS: 1452
www.firstlegalnetwork.com

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on **October 21, 2009**.

Signature: _/s/ Mark McRoberts_
**MARK MCROBERTS**

**PROOF OF SERVICE**

982(a)(23)[New July 1, 1987]  Order#: **322282/GProof3**

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| JOLTID LIMITED <br> *Plaintiff* <br> v. <br> SKYPE TECHNOLOGIES S.A.; SKYPE INC., et al. <br> *Defendant* | ) <br> ) <br> ) Civil Action No.  3:09-CV-04299-SC <br> ) <br> ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: <u>Roderick G. Dorman, Lawrence M. Hadley,</u> and Mieke K. Malmberg
      *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____10/08/2009_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 10/23/09

Michaelangelo ("Mike") Volpi
*Printed name of party waiving service of summons*

*Signature of the attorney or unrepresented party*

Steve Taylor
*Printed name*

Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA  94111
*Address*

staylor@kvn.com
*E-mail address*

(415) 391-5400
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.