1  WILMER CUTLER PICKERING
   HALE AND DORR LLP
2  Mark D. Selwyn (SBN 244180)
   mark.selwyn@wilmerhale.com
3  1117 S. California Avenue
   Palo Alto, California 94304
4  Telephone: (650) 858-6000
   Facsimile: (650) 858-6100
5
   Attorney for Defendants Silver Lake Partners, L.P.,
6  Silver Lake Partners II, L.P., Silver Lake Partners III, L.P.,
   Silver Lake Partners Management Company, L.L.C., and
7  Silver Lake Management Company III, L.L.C.

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12 JOLTID LIMITED, | Case No. 3:09-CV-04299-SC |
| 13 Plaintiff, | Judge: Honorable Samuel Conti |
| | Crtrm: Courtroom 1, 17th Floor |
| 14 vs. | |
| 15 SKYPE TECHNOLOGIES S.A.; SKYPE INC.; | **STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND [PROPOSED] ORDER** |
| eBAY INC.; SILVER LAKE PARTNERS, L.P.; | |
| 16 SILVER LAKE PARTNERS II, L.P.; SILVER | |
| LAKE PARTNERS III, L.P.; SILVER LAKE | |
| 17 PARTNERS MANAGEMENT COMPANY, | |
| L.L.C.; SILVER LAKE MANAGEMENT | |
| 18 COMPANY III, L.L.C.; INDEX VENTURE | |
| MANAGEMENT, S.A.; MICHELANGELO | |
| 19 ("MIKE") VOLPI; ANDREESSEN HOROWITZ | |
| LLC; CANADA PENSION PLAN | |
| 20 INVESTMENT BOARD; DOES 1-10, | |
| 21 Defendants. | |

Plaintiff Joltid Limited ("Joltid" or "Plaintiff") and Defendants Skype Technologies S.A., Skype Inc., eBay Inc., Silver Lake Partners, L.P., Silver Lake Partners II, L.P., Silver Lake Partners III, L.P., Silver Lake Partners Management Company, L.L.C., Silver Lake Management Company III, L.L.C., Index Venture Management, S.A., Michelangelo Volpi, Andreessen Horowitz LLC, and Canada Pension Plan Investment Board (collectively, "Defendants") hereby stipulate through their respective counsel of record as follows:

WHEREAS, Plaintiff filed a Complaint for Copyright Infringement on September 16, 2009;

WHEREAS, Plaintiff filed a First Amended Complaint for Copyright Infringement ("First Amended Complaint") on October 6, 2009;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and the Defendants that the entire action shall be dismissed *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and fees.

IT IS SO STIPULATED.

DATED: November __, 2009    By: /s/ *Mark D. Selwyn*
Mark D. Selwyn (SBN 244180)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1117 S. California Avenue
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
Email: mark.selwyn@wilmerhale.com

Attorney for Defendants Silver Lake Partners, L.P.,
Silver Lake Partners II, L.P., Silver Lake Partners III, L.P.,
Silver Lake Partners Management Company, L.L.C., and
Silver Lake Management Company III, L.L.C.

DATED: November __, 2009       By: */s/ Mieke K. Malmberg*
                               Roderick G. Dorman (SBN 96908)
                               Lawrence M. Hadley (SBN 157728)
                               Mieke K. Malmberg (SBN 209992)
                               HENNIGAN, BENNETT & DORMAN LLP
                               865 South Figueroa Street, Suite 2900
                               Los Angeles, California 90017
                               Telephone: (213) 694-1200
                               Facsimile: (213) 694-1234
                               Email: dormanr@hbdlawyers.com
                               Email: hadleyl@hbdlawyers.com
                               Email: malmbergm@hbdlawyers.com

                               Attorneys for Plaintiff
                               Joltid Limited

DATED: November __, 2009       By: */s/ Rachael Meny*
                               Rachael Meny (SBN 178514)
                               KEKER & VAN NEST LLP
                               710 Sansome Street
                               San Francisco, CA 94111
                               Telephone: (415) 391-5400
                               Facsimile: (415) 397-7188
                               Email: rmeny@kvn.com

                               Attorney for Defendants Index Venture
                               Management, S.A., and Michelangelo Volpi

DATED: November __, 2009       By: */s/ Diana Torres*
                               Diana Torres (SBN 162284)
                               KIRKLAND & ELLIS, LLP
                               777 South Figueroa Street
                               Los Angeles, CA 90017
                               Telephone: (213) 680-8338
                               Facsimile: (213) 680-8500
                               Email: diana.torres@kirkland.com

                               Attorney for Defendant Andreessen Horowitz LLC

DATED: November __, 2009       By: */s/ Darin Snyder*
                               Darin Snyder (SBN 136003)
                               O'MELVENY & MYERS LLP
                               Two Embarcadero Center, 28th Floor
                               San Francisco, CA 94111-3823
                               Telephone: (415) 984-8808
                               Facsimile: (415) 984-8701
                               Email: dsnyder@omm.com

                               Attorney for Canada Pension Plan Investment Board

| | | |
|---|---|---|
| 1 | DATED: November __, 2009 | By: /s/ Mieke K. Malmberg |
| 2 | | Roderick G. Dorman (SBN 96908) |
| | | Lawrence M. Hadley (SBN 157728) |
| 3 | | Mieke K. Malmberg (SBN 209992) |
| | | HENNIGAN, BENNETT & DORMAN LLP |
| 4 | | 865 South Figueroa Street, Suite 2900 |
| | | Los Angeles, California 90017 |
| 5 | | Telephone: (213) 694-1200 |
| | | Facsimile: (213) 694-1234 |
| 6 | | Email: dormanr@hbdlawyers.com |
| | | Email: hadleyl@hbdlawyers.com |
| | | Email: malmbergm@hbdlawyers.com |

Attorneys for Plaintiff
Joltid Limited

DATED: November 4, 2009    By: /s/ Rachael Meny
Rachael Meny (SBN 178514)
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
Email: rmeny@kvn.com

Attorney for Defendants Index Venture
Management, S.A., and Michelangelo Volpi

DATED: November __, 2009    By: /s/ Diana Torres
Diana Torres (SBN 162284)
KIRKLAND & ELLIS, LLP
777 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 680-8338
Facsimile: (213) 680-8500
Email: diana.torres@kirkland.com

Attorney for Defendant Andreessen Horowitz LLC

DATED: November __, 2009    By: /s/ Darin Snyder
Darin Snyder (SBN 136003)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8808
Facsimile: (415) 984-8701
Email: dsnyder@omm.com

Attorney for Canada Pension Plan Investment Board

-3-

3:09-CV-04299-SC    STIPULATION OF DISMISSAL OF ENTIRE ACTION
WITH PREJUDICE AND [PROPOSED] ORDER

| | | |
|---|---|---|
| 1 | DATED: November __, 2009 | By: /s/ *Mieke K. Malmberg* |
| 2 | | Roderick G. Dorman (SBN 96908) |
| | | Lawrence M. Hadley (SBN 157728) |
| 3 | | Mieke K. Malmberg (SBN 209992) |
| | | HENNIGAN, BENNETT & DORMAN LLP |
| 4 | | 865 South Figueroa Street, Suite 2900 |
| | | Los Angeles, California 90017 |
| 5 | | Telephone: (213) 694-1200 |
| | | Facsimile: (213) 694-1234 |
| 6 | | Email: dormanr@hbdlawyers.com |
| | | Email: hadleyl@hbdlawyers.com |
| 7 | | Email: malmbergm@hbdlawyers.com |

Attorneys for Plaintiff
Joltid Limited

DATED: November __, 2009     By: /s/ *Rachael Meny*
Rachael Meny (SBN 178514)
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
Email: rmeny@kvn.com

Attorney for Defendants Index Venture
Management, S.A., and Michelangelo Volpi

DATED: November 4, 2009     By: /s/ *Diana Torres*
Diana Torres (SBN 162284)
KIRKLAND & ELLIS, LLP
777 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 680-8338
Facsimile: (213) 680-8500
Email: diana.torres@kirkland.com

Attorney for Defendant Andreessen Horowitz LLC

DATED: November __, 2009     By: /s/ *Darin Snyder*
Darin Snyder (SBN 136003)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8808
Facsimile: (415) 984-8701
Email: dsnyder@omm.com

Attorney for Canada Pension Plan Investment Board

-3-

| | | |
|---|---|---|
| 1 | DATED: November __, 2009 | By: */s/ Mieke K. Malmberg* |
| 2 | | Roderick G. Dorman (SBN 96908)<br>Lawrence M. Hadley (SBN 157728) |
| 3 | | Mieke K. Malmberg (SBN 209992)<br>HENNIGAN, BENNETT & DORMAN LLP |
| 4 | | 865 South Figueroa Street, Suite 2900<br>Los Angeles, California 90017 |
| 5 | | Telephone: (213) 694-1200<br>Facsimile: (213) 694-1234 |
| 6 | | Email: dormanr@hbdlawyers.com<br>Email: hadleyl@hbdlawyers.com<br>Email: malmbergm@hbdlawyers.com |

Attorneys for Plaintiff
Joltid Limited

DATED: November __, 2009    By: */s/ Rachael Meny*
Rachael Meny (SBN 178514)
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
Email: rmeny@kvn.com

Attorney for Defendants Index Venture
Management, S.A., and Michelangelo Volpi

DATED: November __, 2009    By: */s/ Diana Torres*
Diana Torres (SBN 162284)
KIRKLAND & ELLIS, LLP
777 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 680-8338
Facsimile: (213) 680-8500
Email: diana.torres@kirkland.com

Attorney for Defendant Andreessen Horowitz LLC

DATED: November 4, 2009    By: */s/ Darin Snyder*
Darin Snyder (SBN 136003)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8808
Facsimile: (415) 984-8701
Email: dsnyder@omm.com

Attorney for Canada Pension Plan Investment Board

-3-

3:09-CV-04299-SC    STIPULATION OF DISMISSAL OF ENTIRE ACTION
WITH PREJUDICE AND [PROPOSED] ORDER

DATED: November 4, 2009   By: /s/ Matthew Powers
Matthew D. Powers (SBN 104795)
Michael Maletic (SBN 237997)
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, California 94065-1175
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
Email: matthew.powers@weil.com
Email: mike.maletic@weil.com

Attorneys for Defendant eBay Inc.

DATED: November __, 2009   By: /s/ Brian D. Ledahl
Andrei Iancu (SBN 184973)
Brian D. Ledahl (SBN 186579)
Alan Heinrich (SBN 212782)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
Email: aiancu@irell.com
Email: bledahl@irell.com
Email: aheinrich@irell.com

Attorneys for Defendant Skype, Inc. and Skype Technologies S.A.

| | | |
|---|---|---|
| 1 | DATED: November __, 2009 | By: */s/ Matthew D. Powers* |
| 2 | | Matthew D. Powers (SBN 104795) |
| | | Michael Maletic (SBN 237997) |
| 3 | | WEIL, GOTSHAL & MANGES LLP |
| | | Silicon Valley Office |
| 4 | | 201 Redwood Shores Parkway |
| | | Redwood Shores, California 94065-1175 |
| 5 | | Telephone: (650) 802-3000 |
| | | Facsimile: (650) 802-3100 |
| 6 | | Email: matthew.powers@weil.com |
| | | Email: mike.maletic@weil.com |
| 7 | | Attorneys for Defendant eBay Inc. |
| 8 | DATED: November __, 2009 | By: */s/ Brian D. Ledahl* |
| 9 | | Andrei Iancu (SBN 184973) |
| | | Brian D. Ledahl (SBN 186579) |
| 10 | | Alan Heinrich (SBN 212782) |
| | | IRELL & MANELLA LLP |
| 11 | | 1800 Avenue of the Stars, Suite 900 |
| | | Los Angeles, California 90067 |
| 12 | | Telephone: (310) 277-1010 |
| | | Facsimile: (310) 203-7199 |
| 13 | | Email: aiancu@irell.com |
| | | Email: bledahl@irell.com |
| 14 | | Email: aheinrich@irell.com |
| 15 | | Attorneys for Defendant Skype, Inc. and Skype Technologies S.A. |

**~~PROPOSED~~ ORDER**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the stipulation of the parties of record in this action, it is hereby ORDERED that the entire action is dismissed *with prejudice*. Each party shall bear its own costs and fees.

Dated: November 19, 2009



_____
Honorable Samuel Conti
United States District Judge

-5-

3:09-CV-04299-SC          STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND [PROPOSED] ORDER

## ATTESTATION OF FILER

I, Mark D. Selwyn, attest that the content of this stipulation is acceptable to all persons required to sign the document. Further, per General Order No. 45, Paragraph X(B), I hereby attest that I obtained concurrence in this filing from each signatory whose ECF User ID and Password is not utilized in the electronic filing of this document, and will maintain records to support this concurrence.

/s/ Mark D. Selwyn
Mark D. Selwyn

WILMER CUTLER PICKERING HALE AND DORR
1117 S. CALIFORNIA AVE.
PALO ALTO, CA 94304

-6-

3:09-CV-04299-SC
USIDOCS 7347673v1

STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND [PROPOSED] ORDER