CHRISTOPHER T. HOLLAND (SBN 164053)
ANNE E. KEARNS (SBN 183336)
KATHY M. SARRIA (SBN 181322)
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, CA 94104
Telephone: (415) 249-8330
Facsimile: (415) 249-8333

KAREN R. THORLAND (SBN 172092)
LOEB & LOEB LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, CA 90067
Telephone: (310) 282-2000
Facsimile: (310) 282-2200

Attorneys for Plaintiff
PARAMOUNT PICTURES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Paramount Pictures Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE (69.104.246.153),<br><br>    Defendant. | Case No.: C04-5238 SC<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>Order |

KRIEG
KELLER
SLOAN
REILLEY &
ROMAN
LLP

1

**NOTICE IS HEREBY GIVEN** that pursuant to Federal Rule Civil Procedure 41(a), Plaintiff voluntarily dismisses the above-captioned action with prejudice, each side to bear its own costs and attorneys' fees.

Dated: May 20, 2005                    KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

By: _____/s/_____
CHRISTOPHER T. HOLLAND
Attorneys for Plaintiff
PARAMOUNT PICTURES

IT IS SO ORDERED
Senior Judge Samuel Conti

5/24/05

KRIEG
KELLER
SLOAN
REILLEY &
ROMAN
LLP