# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## TRIAL MINUTES

**JUDGE: JEFFREY S. WHITE**          **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: August 22, 2005            **Court Reporter**: Kathy Wyatt

**CASE NO. C-04-958 JSW**

**TITLE:** Stephanie Harrington v. City of Napa, et al.,

**COUNSEL FOR PLAINTIFF:**           **COUNSEL FOR DEFENDANT:**

David Helbraun                       David Jones
                                     John Cu

**PROCEEDINGS: Jury Trial (Day 7)**

## (SEE ATTACHED TRIAL LOG)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Case No: C-04-958 JSW
Case Name: STEPHANIE HARRINGTON v. CITY OF NAPA, et al.,

TRIAL SHEET, EXHIBIT and WITNESS LIST

| DISTRICT JUDGE JEFFREY S. WHITE | PLAINTIFF ATTORNEY: DAVID HELBRAUN | DEFENSE ATTORNEY: DAVID JONES/JOHN CU |
|---|---|---|
| TRIAL DATE: August 22, 2005 | REPORTER(S): Kathy Wyatt | CLERK: Jennifer Ottolini |

| PLF NO. | DEF NO. | TIME | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:26 a.m. | | | Court convened. All parties and counsel are present. Court and counsel discuss jury instructions. |
| | | 8:35 a.m. | | | Jury is now present. The Defendant called **JARED ZWICKEY,** who was sworn and testified under direct examination. |
| | | 8:48 a.m. | | | Jared Zwickey is offered as an expert witness in the field of: 1. Arrest and Control, 2. Police Practices, 3. Use of Force by Police: GRANTED |
| | | 9:16 a.m. | | | Cross examination of **JARED ZWICKEY** |
| 76 | | | X | | Zwickey report dated 3-25-05 |
| | | 9:54 a.m. | | | Witness thanked and excused. Subject to the admission of evidence, the Defendant rests. |
| | | 9:55 a.m. | | | The Plaintiff called **KATHRYN EBERHART,** who was sworn and testified as a Rebuttal Witness under direction examination. |
| | | 10:00 a.m. | | | Court recessed for 15 minutes. Jurors admonished. |
| | | 10:17 a.m. | | | Court reconvened. All counsel and parties are present. Jury is present. Direct Examination of **KATHRYN EBERHART** continued. |
| 82 | | | X | | Defense Medical Ezamination - Report by KATHRYN EBERHART |
| | | 10:31 a.m. | | | Cross examination of **KATHRYN EBERHART** |
| | | 10:34 a.m. | | | Witness thanked and excused. The Plaintiff rests. The jury is admonished and recessed for 30 minutes. |
| | | 10:35 a.m. | | | Court and counsel discuss exhibits and jury instructions |
| | 51 | | X | X | Dr. Hitchcock's Progress Notes dated 3-25-05 |
| 83 | | | X | X | 3 documents from the original exhibit 45 |
| | | 11:05 a.m. | | | Court recessed for 15 minutes |

**Case Name: STEPHANIE HARRINGTON v. CITY OF NAPA, et al.,**
**Case No.: C-04-958 JSW**

## EXHIBIT and WITNESS LIST
Continued

| PLF NO. | DEF NO. | TIME | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
|  |  | 10:25 a.m. |  |  | Court reconvened. All counsel and parties are present. Jury is present. The Court instructed the jury. |
|  |  | 11:44 a.m. |  |  | Sidebar conference held (reported) |
|  |  | 11:50 a.m. |  |  | Court recessed for lunch. Jurors admonished. |
|  |  | 1:04 p.m. |  |  | Court reconvened. All counsel and parties are present. The Court made inquiry of counsel re: Special Verdict Form |
|  |  | 1:05 p.m. |  |  | The jury is now present. Closing statements on behalf of the Plaintiff, given by David Helbraun |
|  |  | 1:37 p.m. |  |  | Closing statements on behalf of the Defendant, given by David Jones |
|  |  | 2:29 p.m. |  |  | Court recessed for 15 minutes. Jurors admonished. |
|  |  | 2:45 p.m. |  |  | Court reconvened. All counsel and parties are present. The jury is present. Final argument on behalf of the Plaintiff, by David Helbraun. |
|  |  | 2:56 p.m. |  |  | The Court completes reading the instructions to the jury. |
|  |  | 3:02 p.m. |  |  | Jury retired to deliberate. |
|  |  | 3:09 p.m. |  |  | CSO Doug Wright is sworn to take charge of the jury. |
|  |  | 4:10 p.m. |  |  | The Jury informed CSO Wright that they will deliberate from 8:00 a.m. until 4:00 p.m. daily. The jury has gone home for the evening. |