United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELAINE STEWART, *et al.*,

    Plaintiffs,

    v.

JOHN E. POTTER, Postmaster General of the United States Postal Service,

    Defendant.

    /

No. C-04-2659 MEJ (EMC)

**CLERK'S NOTICE**

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Settlement Conference set for October 7, 2005, at 9:30 a.m. before Magistrate Judge Edward M. Chen has been changed to **October 3, 2005, at 10:00 a.m.**

- **Settlement Conference statements shall be lodged with Judge Chen's chambers by September 19, 2005. If this case is designated as an electronic filing ("e-filing") case, statements must be lodged by hard copy only and should not be electronically filed.**

All other provisions of this Court's original Notice of Settlement Conference and Settlement Conference Order shall remain in effect.

///
///
///
///
///

The parties shall notify Magistrate Judge Chen's secretary, Leni Doyle, **immediately** at (415) 522-4050 if this case settles prior to the date set for settlement conference.

Dated: August 24, 2005              RICHARD W. WIEKING, CLERK

By:    /s/
       Leni Doyle
       Deputy Clerk