UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DATA PARK, INC., et al.,

      Plaintiff(s),

v.

GMG SYSTEMS, INC., et al.

      Defendant(s).
_____/

No. C 05-02275 PJH

**CLERK'S NOTICE**

      YOU ARE HEREBY NOTIFIED that on **November 23, 2005** at **9:00 a.m.**, in Courtroom No. 3 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE PHYLLIS J. HAMILTON will conduct the Plaintiffs' Special Motion to Strike, Plaintiffs' Motion to Strike and Plaintiffs' Motion to Dismiss **previously noticed for** November 9, 2005 , in this matter.

Richard W. Wieking
Clerk, U.S. District Court

by:_____
Nichole Heuerman, Deputy Clerk
Honorable Phyllis J. Hamilton
(415) 522-2023

Dated: October 17, 2005