Joltid Limited v. Skype Technologies S.A. et al — Doc. 71

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Harold McElroy, | NO. C 04-02852 JW |
| Plaintiff, | |
| v. | **ORDER CONTINUING PRELIMINARY PRETRIAL/TRIAL SETTING CONFERENCE.** |
| Lockheed Martin Corporation Salaried Retirement Program, et al., | |
| Defendants. | |

The preliminary pretrial/trial setting conference currently scheduled for October 24, 2005, is continued to November 14, 2005 at 11:00 a.m.

Dated: October 17, 2005

04eciv2852ctdconf

　　　　　　　　　　　　/s/ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Constantin V. Roboostoff cvr1@earthlink.net
Joanne Renee Carlson Joanne.Carlson@sdma.com
Rebecca A. Hull rebecca.hull@sdma.com

**Dated: October 17, 2005**               **Richard W. Wieking, Clerk**

                                                   **By:_/s/ JW Chambers_____**
                                                      **Ronald L. Davis**
                                                      **Courtroom Deputy**

United States District Court
For the Northern District of California