1 [List of Counsel Appears on Last Page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a California corporation,<br><br>    Plaintiff,<br>    v.<br><br>MICRO THERAPEUTICS, INC., a Delaware corporation, and DENDRON GmbH, a German corporation,<br><br>    Defendants and Third Party Plaintiffs,<br><br>    v.<br><br>BOSTON SCIENTIFIC CORPORATION, a Delaware corporation, and TARGET THERAPEUTICS, INC., a Delaware corporation,<br><br>    Third Party Defendants. | Case No: C 03 05669 JW<br><br>**SUPPLEMENTAL DECLARATION OF MICHELLE M. UMBERGER IN SUPPORT OF SUMMARY JUDGMENT OF UNENFORCEABILITY OF THE PATENTS IN SUIT DUE TO INEQUITABLE CONDUCT** |

1
SUPPLEMENTAL DECLARATION OF MICHELLE M. UMBERGER IN SUPPORT OF SUMMARY JUDGMENT OF UNENFORCEABILITY DUE TO INEQUITABLE CONDUCT
Case No.: C 03-05669 JW

Dockets.Justia.com

I, Michelle M. Umberger, hereby declare:

1. I am an attorney with the firm of Heller Ehrman LLP, attorneys for Defendants and Counterclaim/Third Party Plaintiffs Micro Therapeutics, Inc. and Dendron GmbH (collectively "Defendants" or "MTI"). I make this declaration in support of MTI's Supplemental Memorandum in Support of Motion for Summary Judgment of Unenforceability of the Patents in Suit Due to Inequitable Conduct.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Information Disclosure Statement filed in the prosecution of U.S. Patent No. 5, 855,578, produced by UC as Bates nos. UCR006728-6733.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the deposition of Franco Cossu, taken May 18, 2005

4. Attached hereto as Exhibit 3 is a true and correct copy of exhibits 226 ("test translation" redacted,) and 227 ("test translation" unredacted) marked at the deposition of Franco Cossu, taken May 18, 2005. Exhibit 226 was produced by UC's Counsel on the evening of May 17, 2005. Exhibit 227 was produced by UC's Counsel to me at a break during the deposition of Franco Cossu on May 18, 2005.

5. Attached hereto as Exhibit 4 is a true and correct copy of exhibit 228 marked at the deposition of Franco Cossu, taken May 18, 2005. This document was produced by UC's Counsel to me at a break during the deposition of Franco Cossu on May 18, 2005.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts of the deposition of Daniel Dawes, taken May 17, 2005.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts of the deposition of Guido Guglielmi taken March 5, 2003, in the matter of Boston Scientific Corporation v. Cordis Corporation, Case No. 02-1474 JW.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts of the deposition of Thomas Ciotti, taken May 26, 2005.

9.  Attached hereto as Exhibit 8 is a true and correct copy of 37 C.F.R. § 1.97 and § 1.98, retrieved from Westlaw's Code of Regulations historical database, as in effect in 1990 and 1991.

10.  Attached hereto as Exhibit 9 is a true and correct copy of an excerpted portion of Guglielmi's NIH Grant Application, May 22, 1990, produced by MTI. A full copy of the NIH Grant Application (as produced by UC) was submitted as Exhibit 69 to my Declaration filed December 20, 2004.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this 17th day of October 2005, in Madison, Wisconsin.

/s/
Michelle M. Umberger

[Listing of Counsel]

MICHAEL K. PLIMACK (CSB No. 133869)
HELLER EHRMAN LLP
Michael.Plimack@Hellerehrman.com
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

JOHN S. SKILTON (*pro hac vice*)
John.Skilton@Hellerehrman.com
DAVID J. HARTH (*pro hac vice*)
David.Harth@Hellerehrman.com
MICHELLE M. UMBERGER (*pro hac vice*)
Michelle.Umberger@Hellerehrman.com
GABRIELLE E. BINA (*pro hac vice*)
Gabrielle.Bina@Hellerehrman.com
HELLER EHRMAN LLP
One East Main Street, Suite 201
Madison, WI 53703
Telephone: (608) 663-7460
Facsimile: (608) 663-7499

COLIN G. SANDERCOCK (*pro hac vice*)
Colin.Sandercock@Hellerehrman.com
MARVIN A. MOTSENBOCKER (*pro hac vice*)
Marvin.Motsenbocker@Hellerehrman.com
HELLER EHRMAN LLP
1666 K Street N.W., Suite 300
Washington, DC 20006
Telephone: (202) 912-2000
Facsimile: (202) 902-2020

Attorneys for Defendants/Counterclaim and Third Party
Plaintiffs Micro Therapeutics, Inc. and Dendron GmbH