# EXHIBIT 3

# TO THE SUPPLEMENTAL DECLARATION OF MICHELLE M. UMBERGER IN SUPPORT OF SUMMARY JUDGMENT OF UNENFORCEABILITY OF THE PATENTS-IN-SUIT DUE TO INEQUITABLE CONDUCT

TO: FRANCO COSSU
FAX: 818-7990585

9-8-1995

Dott. Sergio S.
Via.................... 5
00173 Roma
Italy

Caro S.,

ho ricevuto l'angiografia del Sig.................. di anni 39.

Il Sig. ▆▆▆▆▆▆ e' portatore di un aneurisma della comunicante anteriore e di una malformazione artero-venosa di grandi dimensioni dell'emisfero sinistro. Tale malformazione e' prevalentemente nutrita da rami della arteria cerebrale anteriore di sinistra. Anche rami della carotide esterna sinistra contribuiscono ad alimentare la MAV.

La prima cosa da fare e' trattare l'aneurisma. E' la lesione piu' pericolosa, particolarmente in questa situazione di alto flusso dovuta alla AVM distale all'aneurisma. Il rischio, ovviamente, e' di rottura dell'aneurisma. Il trattamento dell'aneurisma puo' essere chirurgico od endovascolare con GDC coils.

La malformazione puo' essere trattata con una embolizzazione delle afferenze provenienti dalla carotide esterna e dalla cerebrale anteriore. Tale terapia endovascolare potrebbe essere seguita da chirurgia o radiochirurgia.

Rischi del trattamento endovascolare dell'aneurisma:
1% morialita': 4% morbidita'.

C025


EXHIBIT 226
Cossu
5-18-05

Rischi del trattamento endovascolare della MAV:
1% mortalita'; 10% morbidita'.

Esistono vari Centri in Italia dove entrambe le lesioni possono essere trattate. Se il paziente desidera essere trattato da me ci sono due alternative: la prima e' di venire alla UCLA (e' una alternativa valida ma molto costosa). L'altra e' di mettersi in contatto con il Dr. Enrico Cotroneo a Roma per organizzare le sedute embolizzanti.

Grazie di avermi sottoposto un caso cosi' interessante.

Cordiali saluti,


Guido Guglielmi, M.D.
Professor
Interventional Neuroradiology
FAX  001-310-2065958
TEL  001-310-2061527

TO: FRANCO COSSU
FAX: 818-7990585

9-8-1995

Dott. Sergio S.
Via...................... 5
00173 Roma
Italy

Caro S.,

ho ricevuto l'angiografia del Sig........................ di anni 39.

Il Sig. ▮▮▮▮▮ e' portatore di un aneurisma della comunicante anteriore e di una malformazione artero-venosa di grandi dimensioni dell'emisfero sinistro. Tale malformazione e' prevalentemente nutrita da rami della arteria cerebrale anteriore di sinistra. Anche rami della carotide esterna sinistra contribuiscono ad alimentare la MAV.

La prima cosa da fare e' trattare l'aneurisma. E' la lesione piu' pericolosa, particolarmente in questa situazione di alto flusso dovuta alla AVM distale all'aneurisma. Il rischio, ovviamente, e' di rottura dell'aneurisma. Il trattamento dell'aneurisma puo' essere chirurgico od endovascolare con GDC coils.

La malformazione puo' essere trattata con una embolizzazione delle afferenze provenienti dalla carotide esterna e dalla cerebrale anteriore. Tale terapia endovascolare potrebbe essere seguita da chirurgia o radiochirurgia.

Rischi del trattamento endovascolare dell'aneurisma: 1% mortalite': 4% morbidita'.

C025


EXHIBIT 227
COSSU
5-18-05

Rischi del trattamento endovascolare della MAV:
1% mortalita'; 10% morbidita'.

Esistono vari Centri in Italia dove entrambe le lesioni possono essere trattate. Se il paziente desidera essere trattato da me ci sono due alternative: la prima e' di venire alla UCLA (e' una alternativa valida ma molto costosa). L'altra e' di mettersi in contatto con il Dr. Enrico Cotroneo a Roma per organizzare le sedute embolizzanti.

Grazie di avermi sottoposto un caso cosi' interessante.

Cordiali saluti,


Guido Guglielmi, M.D.
Professor
Interventional Neuroradiology
FAX 001-310-2065958
TEL 001-310-2061527


*Questo è l'esempio di cui abbiamo parlato per telefono.
Grazie*

C026