# EXHIBIT 4

# TO THE SUPPLEMENTAL DECLARATION OF MICHELLE M. UMBERGER IN SUPPORT OF SUMMARY JUDGMENT OF UNENFORCEABILITY OF THE PATENTS-IN-SUIT DUE TO INEQUITABLE CONDUCT

*Franco Cossu*
ITALIAN TRANSLATIONS
P.O. BOX 1268, SOUTH PASADENA, CA 91031-1268
TELEPHONE: (818) 799-1012 FAX: (818) 799-0585
E-MAIL: 102154,3711@COMPUSERVE.COM

13 maggio 1996

### SAGGIO DI TRADUZIONE ITALIANO-INGLESE PER IL PROF. GUGLIELMI

Dear S.,

I have received the angiogram for Mr.............., age 39.

Mr. ▇▇▇▇ has an aneurysm of the anterior communicating artery and a large arteriovenous malformation of the left hemisphere. This malformation is nourished predominantly by branches of the left anterior cerebral artery, with branches of the left external carotid also contributing to its blood supply.

First, one must treat the aneurysm. This is the most dangerous lesion, particularly in view of the high flow situation due to the AVM, which is distal to the aneurysm. The obvious risk is that of rupture of the aneurysm. Treatment of the aneurysm may be surgical or intravascular, using GDC coils.

The malformation can be treated by embolization of the afferentia from both the external carotid and the anterior cerebral arteries. This intravascular therapy could be followed by surgery or radiosurgery.

The risks of intravascular treatment of the aneurysm are:
1% mortality; 4% morbidity.

The risks of intravascular treatment of the AVM are:
1% mortality; 10% morbidity.

In Italy there are several Centers where both lesions can be treated. If the patient wishes to be treated by me, there are two options. He can come to UCLA (a valid choice, though a very expensive one); or he can contact Dr. Enrico Cotroneo in Rome, to plan and schedule the embolization sessions.

Thank you for submitting such an interesting case.

Cordially,

C027

PAGE 4/5 * RCVD AT 5/18/2005 10:51:36 AM [Pacific Daylight Time] * SVR:LAS-CS01/2 * DNIS:2 * CSID:6509385200 * DURATION (mm-ss):02-22

EXHIBIT 228
Cossu
5-18-05

# FAX

| | |
|---|---|
| Date | May 14, 1996 |
| Number of pages including cover sheet | 2 |

**TO:**   Professor Guido Guglielmi

Phone     310-2061527
Fax Phone 310-2065958

**FROM:**   *Franco Cossu*
ITALIAN TRANSLATIONS
P. O. Box 1268
SOUTH PASADENA, CA
91031-1268

Phone     818-799-1012
Fax Phone 818-799-0585

**CC:**

**REMARKS:**   ☐ Urgent   ☒ For your review   ☐ Reply ASAP   ☐ Please Comment

Professor Guglielmi,
Le trasmetto la traduzione della lettera che mi ha recentemente fornito a titolo di esempio.
Grazie e molti distinti saluti.

*[signature]*

C028