FILED

OCT 2 1 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

1  BARRY J. PORTMAN
   Federal Public Defender
2  HILARY A. FOX
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607
4  Tel: (510) 637-3500
   Counsel for Defendant VENEGAS
5

6

7

8

9

10              IN THE UNITED STATES DISTRICT COURT

11           FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13

14  UNITED STATES OF AMERICA,            )
                                         )   No. CR05-00308-DLJ
                 Plaintiff,              )
15                                       )   STIPULATION AND ORDER TO
         v.                              )   CONTINUE SENTENCING
16                                       )   HEARING DATE
    LUIS VENEGAS,                        )
17                                       )   Date: October 28, 2005
                 Defendant.              )   Time: 10:00 a.m.
18  _____ )   Court: Hon. D. Lowell Jensen
                                             U.S. District Court
19
          This matter is currently set for sentencing on October 28, 2005. The parties submit this
20
    stipulation jointly to request that the matter be continued for one week until November 4, 2005, for
21
    the reasons set forth below. Defense counsel was unexpectedly out of the office due to illness
22
    from October 10 until 17, and will be out again for a medical procedure on October 21st. Due the
23
    these absences, defense counsel requests one additional week to complete sentencing preparations
24
    and file a sentencing memorandum on behalf of Mr. Venegas. In light of these circumstances, the
25
    government has no objection to the proposed continuance. The Probation Officer has no objection
26

STIP RE: SENTENCING                        - 1 -

and will be available on October 28, 2005.

SO STIPULATED.

Dated:       October 21, 2005

/S/
_____
KIM BRIGGS
Assistant United States Attorney

SO STIPULATED.

Dated:       October 20, 2005        /S/
_____
HILARY A. FOX
Attorney for Defendant Venegas


## SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

Dated:  October 21, 2005                    /S/
_____
MARILEE BARBEAU
Legal Secretary


## ORDER

Good cause appearing therefore, and pursuant to the stipulation of the parties, it is hereby ORDERED that the sentencing hearing in this matter is continued to Friday, November 4, 2005, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  ___Oct 21___, 2005

_____
D. LOWELL JENSEN
United States District Court