Joltid Limited v. Skype Technologies S.A. et al     Doc. 88

| | | | | |
|---|---|---|---|---|
| 10/20/2005 | 15:08 | 5307534498 | ROBERTA S SAVAGE | PAGE 02/03 |
| 10/20/2005 | 08:41 | 9259748601 | STUBBS & LEONE | PAGE 02/03 |

1  LOUIS A. LEONE, ESQ. (SBN: 099874)
   PATRICIA J. PARKER, ESQ. (SBN: 155013)
2  **STUBBS & LEONE**
3  2175 N. California Blvd., Suite 900
   Walnut Creek, CA 94596
4  Telephone: (925) 974-8600
5  Facsimile: (925) 974-8601

6  Attorneys for Defendants
   SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT
7

8                     UNITED STATES DISTRICT COURT
9                     NORTHERN DISTRICT OF CALIFORNIA

10
                                                                 Order granting
11  E. P., By and Through A.P., His Guardian    Case No.: C05 01390 MJJ
12  Ad Litem,
13                  Plaintiff,                    STIPULATION TO ENLARGE TIME WITHIN
                                                        WHICH TO FILE MEMORANDUM OF POINTS
14  vs.                              AND AUTHORITIES IN OPPOSITION TO
                                                        PLAINTIFF'S MOTION FOR SUMMARY
15  SAN RAMON UNIFIED SCHOOL         JUDGMENT; DEFENDANT'S CROSS MOTION
    DISTRICT                                        FOR SUMMARY JUDGMENT, AND
16                                                        REPLY/OPPOSITION OF PLAINTIFF
                Defendant.                  Date: November 22, 2005
17                                                          Time: 9:30 a.m.
18                                                         Dept.: 11

Case 3:05-cv-01390-MJJ    Document 17    Filed 10/20/2005    Page 1 of 2

19       Pursuant to Local Rule 6-2, plaintiffs and defendant, by and through their counsel of
20  record, hereby stipulate to extend the time within which defendant SAN RAMON VALLEY
21  UNIFIED SCHOOL DISTRICT can file its memorandum of points and authorities in opposition
22  to plaintiff's motion for summary judgment, and defendant's cross-motion for summary
23  judgment, as well as the reply papers of plaintiff.
24       The filing dates shall be changed as follows:
25       Opposition/cross-motion: filing date changed from October 24th to **October 31, 2005**;
26  Reply to Opposition/cross-motion: filing date changed from October 31st to **November 7,**
27  **2005.**
28  ///

---

STIPULATION TO ENLARGE TIME WITHIN WHICH TO FILE MEMORANDUM OF POINTS AND AUTHORITIES
IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; DEFENDANT'S CROSS MOTION
FOR SUMMARY JUDGMENT, AND REPLY/OPPOSITION OF PLAINTIFF                  1

1  The parties are not requesting any continuance or change in date of hearing, and
2  request that the hearing remain set on November 22, 2005
3  Facsimile signature of plaintiff acceptable.
4  IT IS SO STIPULATED.

Dated: October 20, 2005                    STUBBS & LEONE

                                           /s/ Patricia J. Parker
                                           PATRICIA J. PARKER
                                           Attorneys for Defendant
                                           San Ramon Valley Unified School District

Dated: October 20, 2005                    LAW OFFICE OF ROBERTA SAVAGE

                                           /s/ Roberta S. Savage
                                           ROBERTA S. SAVAGE
                                           Attorney for Plaintiffs


PURSUANT TO STIPULATION, IT IS SO ORDERED:

Case 3:05-cv-01390-MJJ    Document 17    Filed 10/20/2005    Page 2 of 2

Dated: October 23, 2005                    /s/ Martin J. Jenkins
                                           Hon. Martin J. Jenkins
                                           Judge of the United States District Court
                                           Northern District of California

---

STIPULATION TO ENLARGE TIME WITHIN WHICH TO FILE MEMORANDUM OF POINTS AND AUTHORITIES
IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; DEFENDANT'S CROSS MOTION
FOR SUMMARY JUDGMENT, AND REPLY/OPPOSITION OF PLAINTIFF                    2