**UNITED STATES DISTRICT COURT**

**Northern District of California**

**450 Golden Gate Avenue**

**San Francisco, California 94102**

_____

www.cand.uscourts.gov

Richard W. Wieking                                                          General Court Number

Clerk                                                                              415.522.2000

## December 28, 2005

**CASE NUMBER:  CV 05-05054 JCS**

**CASE TITLE:  PAINTERS DISTRICT COUNCIL-v-ARCHITECHTURAL GLASS**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable SAMUEL CONTI** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SC** immediately after the case

number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 12/28/05

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                            Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                     Special Projects

Log Book Noted                                            Entered in Computer 12/28/05AS

CASE SYSTEMS ADMINISTRATOR:

Copies to:  All Counsel                                    Transferor CSA