Guy B. Wallace, State Bar No. 176151
Elisa P. Laird, State Bar No. 225563
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone:   (415) 421-7100
Facsimile:    (415) 421-7105
TTY:  (415) 421-1655

James C. Sturdevant, State Bar No. 94551
Mark T. Johnson, State Bar No. 76904
THE STURDEVANT LAW FIRM
A Professional Corporation
475 Sansome Street, Suite 1750
San Francisco, CA 94111
Telephone: (415) 477-2410
Facsimile: (415) 477-2420

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGIE CHERRY and ESTORIA CHERRY, on behalf of themselves and all others similarly situated,<br>　　　　Plaintiffs,<br>vs.<br>THE CITY COLLEGE OF SAN FRANCISCO ("City College"); LAWRENCE WONG, in his official capacity as President of the Board of Trustees; MILTON MARKS, III, in his official capacity as Vice-President of the Board of Trustees; DR. NATALIE BERG, JOHNNIE CARTER, JR., DR. ANITA GRIER, JULIO J. RAMOS, RODEL E. RODIS, in their official capacities as members of the Board of Trustees; and DR. PHILIP R. DAY, JR., in his official capacity as Chancellor,<br>　　　　Defendants. | No. C 04-4981 WHA<br><br>**CLASS ACTION**<br><br>NOTICE OF WAIVER OF DAMAGES BY ESTORIA CHERRY AND MARGIE CHERRY & OBJECTION TO JURY TRIAL<br><br>Trial Date: February 14, 2006 |

-1-

Notice of Waiver of Damages by Estoria Cherry and Margie Cherry & Objection to Jury Trial
*Cherry v. City College*, Case No. C 04-4981 WHA

SCHNEIDER & WALLACE

Dockets.Justia.com

Plaintiffs Estoria Cherry and Margie Cherry, on behalf of themselves only as individuals, waive any money damages with respect to their individual federal claims in the above-captioned action under Title II of the Americans with Disabilities Act of 1990, Section 504 of the Rehabilitation Act of 1973, and 42 U.S.C. § 1983. This Court did not certify a class for money damages in this action. Plaintiffs did not demand a jury trial in their Complaint, and are unwilling to agree to a jury trial. Defendants have demanded a jury trial, but have no jury trial right. Accordingly, this matter should be set for a bench trial.

Dated: January 10, 2006                    SCHNEIDER & WALLACE

*/s/ Guy B. Wallace*
Guy B. Wallace