```
 1  ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
 2  MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
 3  San Francisco, CA  94104
    Telephone:  (415) 392-5431
 4
    Attorneys for Plaintiff
 5
 6
 7
 8                   UNITED STATES DISTRICT COURT
 9                  NORTHERN DISTRICT OF CALIFORNIA
10
11  NORTHWEST ADMINISTRATORS, INC.  )   NO.  C 05 4287 CRB
                                    )
12               Plaintiffs,        )   ORDER TO CONTINUE CASE
                                    )   MANAGEMENT CONFERENCE
13        vs.                       )
                                    )
14  WEST COAST CONCRETE, etc.,      )
                                    )
15               Defendant.         )
    _____)
16
17        IT IS ORDERED that the Case Management Conference in this
18  case set for January 27, 2006 be continued to April 21, 2006 at 8:30
19  a.m. in Courtroom 8, 19th Floor, 450 Golden Gate Avenue, San
20  Francisco, CA.
21  Dated:_____        _____
                                   Judge Charles R. Breyer
22
```

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

Dockets.Justia.com