1  DAVID J. REIS (No. 155782)
   Email: dreis@howardrice.com
2  KATE L. DIDECH (No. 235915)
   Email: kdidech@howardrice.com
3  HOWARD RICE NEMEROVSKI CANADY
        FALK & RABKIN
4  A Professional Corporation
   Three Embarcadero Center, 7th Floor
5  San Francisco, California 94111-4024
   Telephone: 415/434-1600
6  Facsimile: 415/217-5910

7  Attorney for Defendant
   ALASKA AIRLINES, INC.
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12

13 KEVIN MURRAY,                              No. C-05-03633-MJJ

14              Plaintiff,                    Action Filed: August 2, 2005

15      v.                                    E-Filing

16 ALASKA AIRLINES, INC., a corporation,      DECLARATION OF GERARDO M.
   and DOES ONE through TWENTY,               HUETO IN SUPPORT OF ALASKA
17 inclusive,                                 AIRLINES, INC.'S MOTION FOR
                                              SUMMARY JUDGMENT
18              Defendants.
                                              Date:     March 14, 2006
19                                            Time:     9:30 a.m.
                                              Judge:    Hon. Martin J. Jenkins
20
                                              Trial Date: February 12, 2007
21

22

23

24

25

26

27

28

DECLARATION OF GERARDO M. HUETO                                    C-05-03633-MJJ

I, Gerardo M. Hueto, declare as follows:

1. I am the Director of Quality Assurance & Fleet Safety for Defendant Alaska Airlines, Inc. ("Alaska Airlines"). I make this declaration upon personal knowledge and, if called upon to testify, could and would testify competently hereto.

2. During 2004, Kevin Murray worked for Alaska Airlines as a Quality Assurance Auditor in the department of which I was the Director. As a Quality Assurance Auditor, Kevin Murray was primarily responsible for the development and implementation of the Quality Assurance auditing program.

3. On September 9, 2004, all Alaska Airlines employees received a memorandum from Chief Executive Officer Bill Ayer outlining major changes being made to secure the long-term viability of Alaska Airlines in a competitive market. One of the major changes announced in the memorandum was the immediate closing of Alaska Airline's Oakland maintenance base. Attached as Exhibit A is copy of the memorandum.

4. Alaska Airline's Oakland maintenance base was closed on or around September 9, 2004.

I declare under penalty of perjury under the laws of the State of California and the United States that the forgoing is true and correct.

Executed this 10th day of January 2006, at Seattle, Washington.

GERARDO M. HUETO

W03 155830004/1259768/v1

DECLARATION OF GERARDO M. HUETO

C-05-03633-MJJ

-1-