# EXHIBIT A

| | |
|---|---|
| 1 | FRANKLIN BROCKWAY GOWDY, State Bar No. 47918 |
| | THOMAS D. KOHLER, State Bar No. 207917 |
| 2 | STEVEN R. DANIELS, State Bar No. 235398 |
| | MORGAN, LEWIS & BOCKIUS LLP |
| 3 | One Market, Spear Street Tower |
| | San Francisco, CA 94105-1126 |
| 4 | Tel: 415.442.1000 |
| | Fax: 415.442.1001 |
| 5 | |
| | MICHAEL J. LYONS, State Bar No. 202284 |
| 6 | DAVID C. BOHRER, State Bar No. 212397 |
| | STACEY E. STILLMAN, State Bar No. 197459 |
| 7 | MORGAN, LEWIS & BOCKIUS LLP |
| | 2 Palo Alto Square, Suite 700 |
| 8 | 3000 El Camino Real |
| | Palo Alto, CA 94306-2122 |
| 9 | Tel: 650.843.4000 |
| | Fax: 650.843.4001 |
| 10 | mlyons@morganlewis.com |
| 11 | Attorneys for Plaintiff |
| | Funai Electric Company, Ltd. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Funai Electric Company, Ltd., | Case No. C 04-1830 CRB (JL) |
| Plaintiff, | **FUNAI ELECTRIC CO., LTD'S REPLY TO DAEWOO ELECTRONICS CORP., ET AL.'S LETTER TO JUDGE BREYER REGARDING SUPPLEMENTAL RECENT AUTHORITY REGARDING CLAIM CONSTRUCTION** |
| vs. | |
| Daewoo Electronics Corporation, Daewoo Electronics Company, Ltd., Daewoo Electronics America, Inc., Daewoo Electronics Corporation of America, Inc., and Daewoo Electric Motor Industries, Ltd., | Judge: Honorable Charles R. Breyer |
| Defendants. | |

| | |
|---|---|
| 1 | On January 18, 2006, this Court entered an order directing the parties to answer certain |
| 2 | questions at the *Markman* hearing. Order Re: Markman Hearing [D.I. 225, entered January 18, |
| 3 | 2006] (the "Order"). After the hearing, Defendants filed Daewoo Electronics Corp., et al.'s Letter |
| 4 | to Judge Breyer Regarding Supplemental Recent Authority Regarding Claim Construction [D.I. |
| 5 | 228, filed January 26, 2006] (the "Letter"), that purports to answer question one of the Order. |
| 6 | Question one of the Order asks Defendants: |

> Assume that "comprising . . . a" commonly means "one or more" when used to describe an element or list of elements in a claim term. *Is there case law in the Federal Circuit that addresses whether that common meaning is altered if another element is modified by "at least one" or another modifier that indicates a quantity greater than one?*

Order at 1:22-26. Defendants' letter contends that *Norian Corp. v. Stryker Corp.*, 432 F.3d 1356 (Fed. Cir. 2005) is such a case. It is not.

*Norian* does not address whether the common meaning of the phrase "comprising … a" may be altered by other claim language because the language "comprising … of" was not in the claim under consideration. Rather, *Norian* interprets a claim that includes the phrase "consisting of." *Norian*, 432 F.3d at 1357. This phrase has the opposite common meaning to "comprising … a" which commonly means "one or more." In particular, in *Norian*, the Court notes that "a" is generally interpreted in "its singular sense, when, as in this case, it has been used in conjunction with the closed transitional phrase 'consisting of.'" *Id.* at 1359. Accordingly, the answer to the Court's question one is that Defendants have not found any case law where a claim that uses the language "comprising … a" is limited to one and only one for the reasons argued by Defendants.

*Norian* is also inapposite because the Court found in that case that a singular interpretation of "a" was "consistent with the specification, as the district court ruled." *Id.* In the current matter, however, Plaintiff has shown that the specification and the supporting figures are consistent with the broader "one or more" interpretation. *See* Pl.'s Opening Claim Construction Br. at 20-23 [D.I. 110, filed July 21, 2005] and Pl.'s Reply In Support Of Its Opening Claim Construction Br. at 11-13 [D.I. 130 filed August 24, 2005].

1  Given that Defendants can find no support in *Norian* – or in any other case – to support
2  Defendants' interpretation of "comprising … a capacitor," the Court should adopt the generally
3  accepted broad definition of "one or more" that is supported by the specification of the '218
4  patent.

Dated: February 8, 2006                    MORGAN, LEWIS & BOCKIUS LLP

                                           FRANKLIN BROCKWAY GOWDY
                                           DAVID C. BOHRER
                                           MICHAEL J. LYONS
                                           THOMAS D. KOHLER
                                           STACEY E. STILLMAN


                                           By  /s/ Michael J. Lyons
                                               Michael J. Lyons
                                               Attorneys for Plaintiff
                                               Funai Electric Company, Ltd.