Mark R. Vermeulen [State Bar No. 115381]
Law Office of Mark R. Vermeulen
755 Florida Street #4
San Francisco, CA 94110.2044
Telephone: 415.824.7533
Fax: 415.824.4833

Attorneys for Defendant
TONY CHOW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-04-0382 PJH |
| Plaintiff, | ) |
| v. | ) **DEFENDANT CHOW'S MOTION FOR** |
| | ) **LEAVE TO ASSOCIATE COUNSEL** |
| TONY CHOW, | ) |
| | ) Date: February 15, 2006 |
| Defendant. | ) Time: 2:30 p.m. |

TO THE HONORABLE COURT, KEVIN V. RYAN, UNITED STATES ATTORNEY, AND STEPHEN H. JIGGER, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that at the pretrial conference Mark Vermeulen, counsel for Defendant Chow, will request leave of the Court to associate Hunter Pyle as counsel in this matter. Mr. Pyle's contact information is as follows:

> Hunter Pyle [State Bar No. 191125]
> Sundeen, Salinas & Pyle
> 1330 Broadway, Suite 1830
> Oakland, CA 94612
> Telephone: 510.663.9240
> Fax: 510.663.9241

Dated: February 8, 2006                          Respectfully submitted,


                                                 __/S/_____
                                                 Mark R. Vermeulen
                                                 Attorney for Defendant
                                                 TONY CHOW

DEF. CHOW'S MOT. FOR ASSN. OF COUNSEL