BILL LOCKYER
Attorney General of the State of California
MARETTA D. WARD
Deputy Attorney General
State Bar No. 176470
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-1384
  Fax: (415) 703-5480
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFSHIN ADIBI; INTERNATIONAL PHARMACEUTICAL SERVICES,<br><br>               Plaintiff,<br><br>v.<br><br>CALIFORNIA STATE BOARD OF PHARMACY; PATRICIA HARRIS, as Executive Director, California State Board of Pharmacy,<br><br>               Defendant. | C 05 0605 EMC<br><br>**JOINT STATEMENT**<br><br>**OF FURTHER HANDLING AND PROPOSED SCHEDULING** |

    Following a Meet and Confer by telephone, the Parties to the above-noted action have determined as follows:

### RESPONSIVE PLEADING

    The Defendants in this action have agreed to file an Answer by March 3, 2006.

### BRIEFING

    The parties have determined to file simultaneous Opening briefs for Motion for Summary Judgement due to the Court by June 2, 2006. Oppositions briefs shall be by June 30, 2006. Reply Briefs shall be due by July 28, 2006.

### DISCOVERY

    The parties may wish to conduct Discovery in this matter. Requests for Discovery shall be due by April 7, 2006. Responses to Discovery shall be due by May 5, 2006.

/ /

## CASE MANAGEMENT CONFERENCE

The parties request a Case Management Conference with the Court for the month of April or May - set for the Court's convenience

I represent as an Officer of the Court that this document and its terms were prepared and approved jointly with attorney for Plaintiffs, Paul Hemesath.

Dated: February 15, 2006

                              Respectfully submitted,

                              BILL LOCKYER
                              Attorney General of the State of California

                              MARETTA D. WARD
                              Deputy Attorney General
                              Attorneys for Defendants